# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/27/2015 8:58:46 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  12-14-00316-CR

Trial Court Style: STATE OF TEXAS V. DANIEL WAYNE McLEMORE

Trial Court & County:  402ND JUDICIAL DISTRICT, WOOD COUNTY  Trial Court No.: 22,003-2013

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:_____12-28-14

Anticipated Number of Pages of Record:__700+

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to
either   pay the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record:

☒   Other.  (Explain.):
I am in a two-week jury trial and have to complete daily copy for attorneys on both sides.  I am requesting 30 days to complete the record, but if that is not acceptable, I respectively ask the Court, in the alternative, to grant me 14 days.  Thank you..

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **FEB. 27, 2015**, and **I hereby request an additional 30 days, or in the alternative 14 days,** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: JANUARY 27, 2015

Signature:  /X/ UNA B. GARLAND

Office Phone Number                      Printed Name
(903) 763-5432                              UNA B. GARLAND

E-mail:  ugarland@co.wood.tx.us          Official Title:  OFFICIAL COURT REPORTER

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
 TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:
MR. BRANDON BAADE
ATTORNEY AT LAW
P.O. BOX 448
QUITMAN, TX 75738
brandonbaadelaw@gmail.com

Lead Counsel for **APPELLEE(S)**:
MR. TOM BURTON
ASSISTANT DISTRICT ATTORNEY
WOOD COUNTY, TEXAS
P.O. BOX 689
QUITMAN, TX 75783
blaw6323@live.com